12/13/18

Kenya C Woods
523 York Ave
St Paul MN 55130
ph: 651-383-3102
Case: 18-337-87

Dear Judge William Fisher,

I am writing you today to request an extension of 14 days to submit & complete my Chapter 13 documents. I am having extreme difficulty in finding an affordable attorney. If I am allowed additional time, I am confident that I will have all the documents submitted with legal help.

Thank you for your consideration

Kenya C Woods